IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STACEY MININSOHN,

    Plaintiff,

v.                               Case No.

OCWEN LOAN SERVICING, LLC,

    Defendant.

---

## NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, and M.D. Fla. L.R. 4.02, Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by and through its undersigned counsel, hereby gives notice of the removal of the above-styled action to the United States District Court for the Middle District of Florida, Tampa Division, and states as follows:

1. On or about October 13, 2014, an action was commenced in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County by Stacey Mininsohn ("Plaintiff"). The action, entitled *Stacey Mininsohn v. Ocwen Loan Servicing, Inc.*, was assigned Case No. 2014-CA-005935 (hereinafter referred to as the "State Court Action").

2. On or about October 21, 2016, Plaintiff served Ocwen with her Amended Complaint and Demand for Jury Trial in the State Court Action.

3. The Amended Complaint was amended to include, for the first time, a claim for violation of federal law against Ocwen. Specifically, the Amended Complaint asserts a claim arising under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.*, based upon purported conduct by Ocwen in connection with the servicing of Plaintiff's mortgage loan account, for a property located at 23 Main Street Nyack, New York 10960 (the "Subject Property").

4. Accordingly, this is a civil action arising under the laws of the United States, over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331.

5. Removal of this action is therefore appropriate pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446(b)(3).

6. The Amended Complaint also asserts a claim under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 *et seq.*, based upon purported conduct by Ocwen in connection with the servicing of Plaintiff's mortgage loan account, for the Subject Property.

7. This Court has supplemental jurisdiction to hear Plaintiff's Florida Consumer Collection Practices Act claim pursuant to 28 U.S.C. § 1367.

8. Venue is proper in this Court because the action is being removed from the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, which lies in the Middle District of Florida, Tampa Division. *See* 28 U.S.C. §§ 1441(a), 1446(a).

9. Attached hereto as Exhibit A are copies of all process, pleadings, and orders served on Ocwen in the State Court Action, as required by 28 U.S.C. § 1446(a).

10. This Notice of Removal is timely, as it is being filed within thirty (30) days after receipt by Ocwen of an amended pleading from which it was first ascertained that the case has become removable. *See* 28 U.S.C. § 1446(b)(3).

11. This action is not a non-removable action as described in 28 U.S.C. § 1445.

12. Promptly after filing this Notice, Ocwen will give written notice thereof to Plaintiff and will file a copy of this Notice with the Clerk of the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, pursuant to 28 U.S.C. § 1446(d).

13. Ocwen expressly reserves all rights to move for dismissal of some or all of this action on any ground whatsoever and further reserves all other available defenses. Ocwen further reserves the right to submit additional evidence in support of removal as appropriate in future circumstances, or to amend this Notice.

WHEREFORE, Defendant Ocwen Loan Servicing, LLC hereby removes this action to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: October 31, 2016

Respectfully submitted,

HUNTON & WILLIAMS LLP

_____
Abigail M. Lyle, FBN 41384
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
Email: alyle@hunton.com
*Counsel for Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2016, the foregoing document was electronically filed with the Clerk of Court via overnight mail. I also certify that the foregoing document is being served this day on counsel for Plaintiff via U.S. and electronic mail to:

Michael Alex Wasylik
Ricardo & Wasylik P.L.
P.O. Box. 2245
Dade City, Florida 33526
service@ricardolaw.com

_____
Abigail M. Lyle