eFile Accepted: 10/13/2014 03:49 PM

Filing # 19318544 Electronically Filed 10/13/2014 03:22:03 PM

IN THE CIRCUIT COURT FOR THE TWELFTH CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

Case No.:

STACEY MININSOHN,
Plaintiff(s),

v.

OCWEN LOAN SERVICING LLC
Defendants.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff STACEY MININSOHN sues OCWEN LOAN SERVICING LLC, for violation of Florida's Consumer Collection Practices Act.

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff STACEY MININSOHN is a natural person over the age of 18, currently residing in this County.

2. Defendant OCWEN LOAN SERVICING LLC. is a Delaware limited liability company authorized to do business in the State of Florida. According to public records, Defendant's registered agent is CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525. Defendant conducts business from its offices located in West Palm Beach, Florida.

3. Jurisdiction is proper in this court because the amount in controversy exceeds $15,000.00.

4. Venue is proper in this Court because the acts giving rise to this lawsuit occurred in this county.

## COUNT I
## FLORIDA'S CONSUMER COLLECTION PRACTICES ACT

5. Plaintiff incorporates the preceding paragraphs 1–4 as if fully set forth herein.

6. Defendant is a person collecting consumer debts, as defined for purposes of applying Fla. Stat. § 559.72 *et seq.* ("FCCPA")

7. Defendant has willfully and intentionally committed acts prohibited by FCCPA.

8. Defendant is the servicer for a home loan formerly owed by Plaintiff. On or about February 24, 2014, Plaintiff and Defendant reached an agreement for full settlement of that debt, by executing a Deed In Lieu of Foreclosure ("DIL") pursuant to the federal government's Home Affordable Foreclosure Alternatives ("HAFA") program.

9. That DIL agreement provided that, in exchange for voluntary transferring ownership of the property to the lender, lender would then "satisfy the total amount due on the first mortgage." The agreement further provided that Plaintiff's performance of the obligations of the DIL agreement would

result in a "full satisfaction of the mortgage" and that lender was "foregoing all rights to pursue a deficiency judgment."

10. Plaintiff performed her obligations under the agreement and on March 27, 2014, the Defendant caused the DIL to be recorded in the public records of the county where the property was located.

11. Since recording of the DIL and the full satisfaction of the debt, Defendant has, with alarming frequency, contacted Plaintiff at her home in this County to collect on the already-satisfied debt.

12. Defendant has contacted Plaintiff by letter no fewer than fourteen (14) different times between May 16, 2014 and August 18, 2014 to collect the already-satisfied debt.

13. Defendant has contacted Plaintiff by telephone no fewer than thirty-seven (37) different times in order to collect on the already-satisfied debt.

14. Defendant has willfully communicated with Plaintiff with such frequency as can reasonably be expected to harass Plaintiff, and willfully engaged in other conduct which can reasonably be expected to abuse or harass Plaintiff, in violation of § 559.72 (7), Fla. Stat.

15. Defendant has attempted to enforce a debt when it knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist, in violation of § 559.72 (9), Fla. Stat.

RICARDO & WASYLIK PL
DADE CITY, FL

16. Plaintiff has retained the services of undersigned counsel and is obligated to pay a reasonable attorneys' fee for those services.

17. As a result of Defendant's actions, Plaintiff has been damaged in an amount exceeding $15,000.00.

WHEREFORE, Plaintiff prays for actual, consequential, and other applicable damages for violation of Florida's Consumer Collection Practices Act, along with costs of litigation and attorney's fees to the maximum extent authorized by existing law; along with such other relief as this Court deems fit.

**JURY TRIAL DEMAND**

Plaintiff demands trial by jury on all claims so triable.

Respectfully submitted,
RICARDO & WASYLIK PL

*/s/ Michael Alex Wasylik*
Michael Alex Wasylik, Esq.
Fla. Bar No. 067504P.O. Box 2245
Dade City, Florida 33526
Tel. 352-567-3173
Fax 352-567-3193
Email: service@ricardolaw.com
COUNSEL FOR PLAINTIFF