# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Sheryl L. Loesch  Keshia M. Jones
Clerk  Tampa Division Manager

STACEY MININSOHN,

    Plaintiff,

v.  Case No: 8:16-cv-3083-T-33TGW

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____

# TRANSMITTAL OF RECORD TO STATE COURT

**State Court Case Number:** 14-CA-5935

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

November 4, 2016  SHERYL L. LOESCH, CLERK

    By:    s/L. Silvia, Deputy Clerk

Enclosures

Date of Receipt:    _____

By:    _____